UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11-00007 |
| | ) | Judge Haynes |
| TIMOTHY GRAVINS | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes counsel for the defendant and hereby moves the Court to continue the sentencing hearing in this matter which is currently set for July 20, 2012. Counsel is scheduled to be out of state as faculty at a seminar July 19 – 21, 2012. Counsel has discussed this motion with Assistant United States Attorney Brent Hannafan who advises he has no opposition to the requested continuance. The parties would ask that the case be re-set to Friday, July 27, 2012.

WHEREFORE, defendant moves the Court to continue the sentencing hearing in this matter to Friday July 27, 2012.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047